

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

June 12, 2015

Mr. Kevin H. Dubose
Alexander Dubose Jefferson & Townsend LLP
1844 Harvard Street
Houston, TX 77008-4342
\* DELIVERED VIA E-MAIL \*

Mr. Daryl L. Moore
Daryl L. Moore, P.C.
1005 Heights Blvd.
Houston, TX 77008
\* DELIVERED VIA E-MAIL \*

RE:    Case Number:  13-0303
          Court of Appeals Number:  01-11-00014-CV
          Trial Court Number:  837,329

Style:  HARRIS COUNTY FLOOD CONTROL DISTRICT AND HARRIS COUNTY, TEXAS
           v.
           EDWARD A. AND NORMA KERR, ET AL.

Dear Counsel:

Today the Supreme Court of Texas issued an opinion(s) and judgment in the above-referenced cause.  You may obtain a copy of the opinion(s) and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Ms. Beverly Kaufman
         Mr. Christopher Prine (DELIVERED VIA E-MAIL)
         Mr. John B. Dahill (DELIVERED VIA E-MAIL)